UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| RUBEN HERNANDEZ GARCIA, | § § | |
| Plaintiff, | § | |
| VS. | § § | CIVIL ACTION NO. C-07-249 |
| NATHANIEL QUARTERMAN, *et al*, | § § § | |
| Defendant. | § | |

### ORDER ADOPTING MEMORANDUM AND RECOMMENDATION TO SUBSTITUTE NATHANIEL QUARTERMAN AS THE PARTY RESPONDENT

On August 20, 2007, United States Magistrate Judge Brian L. Owsley signed a Memorandum and Recommendation recommending that respondent's motion to substitute parties (D.E. 10) be granted, and that Nathaniel Quarterman be substituted for Brad Livingston as the proper respondent in this petition. Seeing no objection to this recommendation by either party and having now reviewed the recommendation, this Court hereby adopts as its own the Memorandum and Recommendation as the decision of the Court. Accordingly, it is

ORDERED that respondent's motion to substitute parties is granted and Nathaniel Quarterman is substituted for Brad Livingston as the proper respondent in this petition.

The clerk shall enter this order and provide a copy to all parties.

SIGNED this 12th day of September, 2007.

_____
Janis Graham Jack
United States District Judge